IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. |
| | ) | 1:19-CR-00442-LMM-RGV-1 |
| TIMOTHY O'NEAL | ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW the Defendant, TIMOTHY O'NEAL, by and through undersigned counsel, and files this notice of supplemental authority related to his previously filed motion to dismiss Count Two of the Indictment for failure to state an offense. Since the filing of that motion, the Eleventh Circuit has held that the crime of Assault on a Federal Officer in violation of 18, United States Code, Section 111(b) does constitute a crime of violence under 18, United States Code, Section 924(c). *United States v. Bates*, 960 F. 3d. 1278, 1287 (11th Cir. 2020). Mr. O'Neal acknowledges that this Court is bound by the precedent set in *Bates* and would therefore be bound to deny his motion to dismiss. However, Mr. O'Neal wishes to preserve his argument for any further appellate litigation.

**Signature on following page**

Dated: This 24th day of July, 2020.

                                       Respectfully submitted,

                                       */s/ Caitlyn Wade*
                                       CAITLYN WADE
                                       Georgia Bar No. 259114
                                       Attorney for Mr. O'Neal

FEDERAL DEFENDER PROGRAM, INC.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Caitlyn_Wade@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Supplemental Authority has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and was manually filed this day with the Clerk of Court under seal.  A copy was hand delivered to counsel of record:

>Leanne Marek
>Assistant United States Attorneys
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated:  This 24th day of July, 2020.

>*/s/ Caitlyn Wade*
>CAITLYN WADE
>Georgia Bar No. 259114
>Attorney for Mr. O'Neal