IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>TIMOTHY O'NEAL | Criminal Action No.<br><br>1:19-CR-442-LMM-RGV |

**United States' Response to the Defendant's Motion to Dismiss**

The United States of America, by Byung J. Pak, United States Attorney, and Leanne M. Marek, Assistant United States Attorney for the Northern District of Georgia, files this Response to the defendant's Motion to Dismiss. (Doc. 16).

The defendant moves to dismiss Count Two of the Indictment, arguing that Title 18 U.S.C. § 111(b) does not qualify as a crime of violence under Title 18 U.S.C. § 924(c). The Defendant filed a notice of supplemental authority, (doc. 32), regarding his motion to dismiss that cited the Eleventh Circuit's recent opinion in *United States v. Bates*, 960 F.3d 1278, 1287 (11th Cir. 2020). The Court should deny the defendant's Motion to Dismiss because the Eleventh Circuit held in *Bates*, that a violation of Title 18 U.S.C. § 111(b) does constitute a crime of violence under Title 18 U.S.C. § 924(c). *Bates* is binding precedent on this Court.

## Conclusion

The Government respectfully requests that the Court deny the defendant's Motion to Dismiss.

Respectfully submitted,

BYUNG J. PAK
 *United States Attorney*

/s/LEANNE M. MAREK
 *Assistant United States Attorney*
Georgia Bar No. 270935
Leanne.marek@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

    Caitlyn Wade

August 10, 2020

    /s/ LEANNE M. MAREK

    LEANNE M. MAREK

    *Assistant United States Attorney*